**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

NICHOLAS POULIDES,           : No. 513 EAL 2014
                               :
          Petitioner      :
                               : Petition for Allowance of Appeal from the
                               : Order of the Superior Court
          v.              :
                               :
                               :
AMERICAN THEATER ARTS FOR    :
YOUTH, INC. AND LAURIE WAGMAN,  :
                               :
          Respondents   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.